IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-__-____ |
| | § | |
| | § | |
| | § | |
| Defendant(s). | § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

## DEADLINES

1. _____ MOTIONS TO AMEND THE PLEADINGS

2. _____ MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____ MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. _____ Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. _____ Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6. _____ COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are

-14-

filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____  <u>LIMITS ON DISCOVERY</u>

_____
_____
_____
_____.

8. _____  <u>MEDIATION</u> or <u>SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE</u>  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. _____  <u>DISPOSITIVE MOTIONS</u>

10. _____  <u>ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE</u>

11. _____  <u>JOINT PRETRIAL ORDER</u>  Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order.  The court will not accept separate versions of the pretrial order.

12. _____  <u>DOCKET CALL</u>   No instrument filed within
        2:30 P.M.       three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.



_____        _____
        DATE                              SIM LAKE
                               SENIOR UNITED STATES DISTRICT JUDGE



-15-