**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **CHARLENE OFOSU, M.D.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHI ST. LUKE'S HEALTH BAYLOR COLLEGE OF MEDICINE MEDICAL CENTER, BAYLOR COLLEGE OF MEDICINE, KAIMING WU, M.D., GARY LLOYD HORN, M.D., ZACHARY NUFFER, M.D., NEAL SAVJANI, M.D. AND SINA FAHRTASH, M.D.,**<br><br>**Defendants.** | **Case No. 4:26-cv-00761** |

**[PROPOSED] ORDER**

This matter came regularly before the Court on Defendant CHI St. Luke's Health Baylor College of Medicine Medical Center's Motion for a More Definite Statement. The Court has considered the Motion and is otherwise fully apprised.

Now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion is GRANTED. Plaintiff Charlene Ofosu, M.D. ("Plaintiff") shall file an amended Pleading with the Court that sets forth each cause of action with the clarity and specificity required under Fed. R. Civ. P. Rule 8.

Dated: ___________________

___________________________________
United States District Court Judge