United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARLENE OFOSU, M.D.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-761** |
| | § | |
| **CHI ST. LUKE'S HEALTH** | § | |
| **BAYLOR COLLEGE OF** | § | |
| **MEDICINE MEDICAL CENTER,** | § | |
| **BAYLOR COLLEGE OF** | § | |
| **MEDICINE, KAIMING WU, M.D.,** | § | |
| **GARY LLOYD HORN, M.D.,** | § | |
| **ZACHARY NUFFER, M.D., NEAL** | § | |
| **SAVJANI, M.D., AND SINA** | § | |
| **FAHRTASH, M.D.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court[1] are Defendants Baylor College of Medicine, Kaiming Wu, M.D., Gary Lloyd Horn, M.D., Zachary Nuffer, M.D., Neal Savjani, M.D., and Sina Fahrtash, M.D.'s Motion for More Definite Statement (ECF No. 11) and Defendant Chi St. Luke's Health Baylor College of Medicine Medical Center's Motion for More Definite Statement (ECF No. 12). Since the filing of these motions, Plaintiff Charlene Ofosu, M.D. has filed an Amended Complaint. (ECF No. 17). As such, both Motions for More Definite Statement

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 8).

(ECF Nos. 11–12) are **DENIED AS MOOT**.[2]  This ruling is without prejudice to Defendants filing a second motion for more definite statement, if appropriate, directed at Plaintiff's Amended Complaint.  *See United States ex rel. Univ. Loft Co. v. Avteq, Inc.*, No. 14-cv-528, 2015 WL 13548953, at *7 (W.D. Tex. Oct. 14, 2015), *report and recommendation adopted*, No. 14-cv-528, 2015 WL 13548952 (W.D. Tex. Oct. 29, 2015) (denying a motion for more definite statement as moot after the filing of an amended complaint).

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on March 26, 2026.

Richard W. Bennett
United States Magistrate Judge

---

[2] "A motion for a more definite statement is not a dispositive motion because it is not one of the enumerated motions in 28 U.S.C. § 636(b)(1)(A) and it does not seek to bring about a final determination of the case."  *Griffin v. CitiMortgage, Inc.*, No. 09-cv-040, 2009 WL 10712111, at *3 (N.D. Ga. May 15, 2009); *Gardner v. Capital One Bank USA*, No. 1:22-cv-759, 2023 WL 311909, at *1 (W.D. Tex. Jan. 17, 2023), *report and recommendation adopted*, No. 1:22-cv-759, 2023 WL 3035397 (W.D. Tex. Feb. 18, 2023) (regarding a motion for more definite statement as a nondispositive motion); *Deutsche Bank Nat'l Tr. Co. for Argent Sec. Inc. v. McGowen*, No. 16-cv-273, 2016 WL 9308295, at *2 (W.D. Tex. Aug. 10, 2016) (denying a motion for more definite statement through an order as opposed to a recommendation).