**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHARLENE OFOSU, M.D.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CHI ST. LUKE'S HEALTH BAYLOR** | § | |
| **COLLEGE OF MEDICINE MEDICAL** | § | **CIVIL ACTION NO. 4:26-cv-00761** |
| **CENTER, BAYLOR COLLEGE OF** | § | |
| **MEDICINE, KAIMING WU, M.D.,** | § | |
| **GARY LLOYD HORN, M.D.,** | § | |
| **ZACHARY** | § | |
| **NUFFER, M.D., NEAL SAVJANI,** | § | |
| **M.D., AND SINA FAHRTASH, M.D.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF COMPLIANCE WITH CERTIFICATE OF CONFERENCE REQUIREMENT

Defendants Baylor College of Medicine, and Drs. Kaiming Wu, Gary Lloyd Horn, Zachary Nuffer, Neal Savjani, and Sina Fahrtash (collectively, "Defendants") respectfully notify the Court that upon publication of the Court's Local Rules on April 1, 2026, counsel for Defendants conferred with Plaintiff's counsel on the issues identified in Defendants' Partial Motion to Dismiss (Doc. No. 22), which was previously filed on March 30, 2026. After conferring, Plaintiff's counsel indicated that Plaintiff remains opposed to the relief sought in Defendants' Partial Motion to Dismiss.

Defendants respectfully provide this notice of certificate of conference in compliance with the Court's Local Rule 15(b).

Dated:  April 2, 2026

*Of Counsel:*

Jay Zhang
Texas Bar No. 24110574
Federal I.D. No. 3365543
jzhang@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    713.951.9400
Facsimile:     713.951.9212

Respectfully Submitted,

*/s/ Nehal S. Anand*

Nehal S. Anand *(Attorney-in-Charge)*
Texas Bar No. 24070600
Federal I.D. No. 1061200
nanand@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    713.951.9400
Facsimile:     713.951.9212

**ATTORNEYS FOR DEFENDANTS
BAYLOR COLLEGE OF MEDICINE,
KAIMING WU, M.D., GARY LLOYD
HORN, M.D., ZACHARY NUFFER,
M.D., NEAL SAVJANI, M.D., AND
SINA FAHRTASH, M.D.**

<u>**CERTIFICATE OF SERVICE**</u>

On the 2nd day of April, 2026, I electronically submitted the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court, as follows:

Scott Nichols
Zachary W. Thomas
Nichols Weitzner Thomas LLP
2402 Dunlavy Street
Houston, Texas 77006
snichols@nwtlaw.com
zthomas@nwtlaw.com

***Attorneys for Plaintiff***

Alexis L. Angell
Ryan Mathis
Polsinelli PC
Old Parkland – Resolute Tower
4020 Maple Avenue, Suite 300
Dallas, Texas 75219
aangell@polsinelli.com
rmathis@polsinelli.com

***Attorneys for Defendant***
***CHI St. Luke's Health Baylor College of Medicine Medical Center***

*/s/ Nehal S. Anand*
Nehal S. Anand
Jay Zhang

4898-2430-7598.1 / 065635.1076