

Scott Nichols
+1281.727.8442–Direct
snichols@nwtlaw.com

April 7, 2026

The Hon. Nicholas J. Ganjei
Southern District of Texas
515 Rusk Street, Room 9718
Houston, Texas  77002

Re:     *Charlene Ofosu, M.D. v. CHI St. Luke's Health Baylor College of Medicine Medical Center, Baylor College of Medicine, Kaiming Wu, M.D., Gary Lloyd Horn., M.D., Zachary Nuffer, M.D., Neal Savjani, M.D., and Sina Fahrtash, M.D.;* C.A. No. 4:26-cv-00761

Dear Judge Ganjei:

On behalf of Plaintiff Charlene Ofosu, M.D., we are respectfully advising the Court that Plaintiff and Defendants Baylor College of Medicine, Kaiming Wu, M.D., Gary Lloyd Horn., M.D., Zachary Nuffer, M.D., Neal Savjani, M.D., and Sina Fahrtash, M.D. ("BCM Defendants") have agreed to extend the submission date for their Motion to Dismiss filed on March 30, 2026 to May 4, 2026. We are enclosing a proposed order to that effect. For purposes of clarity, this extension does not affect the submission date of the pending Motion to Dismiss filed by Defendant CHI St. Luke's Health Baylor College of Medicine Medical Center, also filed on March 30, 2026.

We are copying your case manager and counsel for all Defendants on this letter.

Sincerely,

Scott Nichols

Scott Nichols
Counsel for Plaintiff

2402 Dunlavy Street, Suite 2000
Houston, Texas 77006

cc: **Case Manager**
*CM-DJGanjei@txs.uscourts.gov*

**Counsel for Defendants Baylor College of Medicine and Drs. Kaiming Wu, Gary Lloyd Horn, Zachary Nuffer, Neal Savjani, and Sina Fahrtash**
Nehal S. Anand
*nanand@littler.com*
Jay Zhang
*jzhang@littler.com*

**Counsel for Defendant CHI St. Luke's Health Baylor College of Medicine Medical Center**
Alexis Angell
*aangell@polsinelli.com*
Ryan Mathis
*rmathis@polsinelli.com*