**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHARLENE OFOSU, M.D.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CHI ST. LUKE'S HEALTH** | § | |
| **BAYLOR COLLEGE OF** | § | **C.A. NO. 4:26-CV-00761** |
| **MEDICINE MEDICAL** | § | |
| **CENTER, BAYLOR** | § | |
| **COLLEGE OF MEDICINE,** | § | |
| **KAIMING WU, M.D., GARY** | § | |
| **LLOYD HORN, M.D.,** | § | |
| **ZACHARY NUFFER, M.D.,** | § | |
| **NEAL SAVJANI, M.D., AND** | § | |
| **SINA FAHRTASH, M.D.,** | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER**

Pending before the Court is Defendant CHI St. Luke's Motion to Dismiss Plaintiff's Amended Complaint. Upon review, the Court is of the opinion that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) should be DENIED in its entirety.

It is SO ORDERED.

Signed this_____day of _________, 2026.

______________________________

Nicholas J. Ganjei
UNITED STATES DISTRICT JUDGE